1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO NGWAZI WOOTEN,                    1:10-cv-00609-MJS (PC)

12                    Plaintiff,             ORDER TRANSFERRING CASE TO THE
                                             SACRAMENTO DIVISION OF THE EASTERN
13          vs.                              DISTRICT OF CALIFORNIA

14   A. RIVERA VANG,

15                    Defendant.

16   _____/

17          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983.  Plaintiff has not paid the filing fee for this action or submitted an application to

19   proceed in forma pauperis under 28 U.S.C. 1915.

20          In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

21   violations took place in San Joaquin County, which is part of the Sacramento Division of the United

22   States District Court for the Eastern District of California.   Therefore, the complaint should have

23   been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(b), a civil action which has not been commenced in the proper

25   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

26   be transferred to the Sacramento Division.

27   ///

28   ///

                                              -1-

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

**Dated:**   **April 15, 2010**         /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE